ANTHONY LAURA, APPELLANT, v. LOUIS PUNCERELLI AND THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF HUDSON COUNTY, RESPONDENTS.

Submitted July 8, 1918—Decided October 11, 1918.

On appeal from the Supreme Court, whose opinion is reported in 91 *N. J. L.* 38.

For the appellant, *De Graw & Murray.*

For the respondents, *John H. Platoff* and *Francis H. McCauley.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.    11.

*For reversal*—WHITE, J.    1.